Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL XI

| IN RE: REQUEST FOR CERTIFICATION,<br><br>GENERA PR, LLC<br>**Recurrente**<br><br>NEGOCIADO DE ENERGÍA DE PUERTO RICO<br><br>Recurrido | KLRA202500329 | REVISIÓN JUDICIAL Procedente del Negociado de Energía<br><br>Casos Núm.: NEPR-AP-2022-0001<br><br>Sobre: Enmienda al Acuerdo de Operación y Mantenimiento de las Instalaciones de Generación Térmica de Puerto Rico |

Panel integrado por su presidenta, la juez Brignoni Mártir, la jueza Álvarez Esnard y la jueza Prats Palerm.

Álvarez Esnard, jueza ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de junio de 2025.

Atendido el *Aviso de Desistimiento* presentado el 24 de junio de 2025 por la parte recurrente, Genera PR, LLC, resolvemos lo siguiente:

Se declara *Ha Lugar* el *Aviso de Desistimiento* conforme a la Regla 83(A) de nuestro Reglamento, 4 LPRA Ap. XXII-B, R. 83(A). Se ordena el archivo y sobreseimiento sin perjuicio de este caso, según solicitado.

**Notifíquese inmediatamente.**

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

LCDA. LILIA M. OQUENDO SOLÍS
Secretaria del Tribunal de Apelaciones

Número Identificador

SEN(RES)2025_____